FILED

United States District Court
Middle District of Florida

2021 JAN -7 AM 9:22

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**Joe D. Shepard**

Plaintiff, Pro Se

v.

**Will Fuller**

Defendant

6:21-cv-47-ORL-40-LRH

**Complaint**

**And Jury Demand**

## INTRODUCTION

1. Plaintiff, an individual, sues the defendant Will Fuller, an individual, for libel. The defendant sent an email to a third party, Dorn Ebanks, and copied the Plaintiff on November 5th, 2020 in which he clearly stated the Plaintiff was stealing his money and lied to him. Plaintiff received the email at 1:06 PM East Coast time. This is Per Se libel.

## THE PARTIES

2. Joe Shepard, Plaintiff, is an individual living at 268 Kettering Rd., Deltona, FL 32725.

3. Will Fuller, defendant, is an individual living in California at 13113 Calle De Las Rosas, San Diego, CA 92129.

4. Dorn Ebanks is a resident of Honduras.

## JURISDICTION AND VENUE

5. Central Florida is the proper venue for this action because the Plaintiff lives in this district and the email was intended to harm the Plaintiff's reputation in this district.

6. This Court has jurisdiction under 28 U.S.C. § 1332 because the parties are residents of different states. Further, the damage demand exceeds $75,000.

## THE ALLEGED FACTS

7. The Plaintiff incorporates by reference all allegations of the preceding paragraphs.

8. In the email sent by the defendant to Dorn Ebanks and copied to the Plaintiff, the defendant stated "At this point I must surmise Joe is not honest or trustworthy. He is stealing my money."

9. The Plaintiff never directly received any money from the defendant.

10. The defendant went further in the referenced email stating Plaintiff was "someone so dishonest".

11. Plaintiff alleges that the defendant in sending the referenced email to a third party was a blatant attempt to defame and damage the Plaintiff's reputation.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff respectfully prays for a judgment in his favor as follows:

12. The Plaintiff seeks that the defendant pays him $10,000,000 in real damages.

13. The Plaintiff seeks that the defendant pays him $50,000,000 in punitive damages.

14. The Plaintiff seeks whatever additional damages the Court finds just and proper.

Respectfully submitted by

*/s/ Joe D. Shepard*
Joe D. Shepard

Pro Se Plaintiff

268 Kettering
Deltona, FL
32725