UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOE D. SHEPARD,**

        **Plaintiff,**

v.                                                Case No: 6:21-cv-47-PGB-LRH

**WILL FULLER,**

        **Defendant.**
_____/

## ORDER

      This case is before the Court upon review of the file. On February 22, 2021, the Court entered an Order (Doc. 15) directing Plaintiff to file a response to the Interested Persons Order (Doc. 4). Plaintiff was warned that failure to comply with this Order may result in dismissal of the case without further notice. Plaintiff has failed to comply, and the time to do so has now passed. Therefore, it is

      **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

      **DONE AND ORDERED** in Orlando, Florida on March 15, 2021.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties