## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**JOE D. SHEPARD,**

        **Plaintiff,**

**v.**                                                                  **Case No: 6:21-cv-47-PGB-LRH**

**WILL FULLER,**

        **Defendant.**

_____

### ORDER

      Plaintiff Joe D. Shepard, proceeding *pro se*, instituted this action on January 7, 2021.   Doc. No. 1.   After instituting the case, Plaintiff failed to comply with the Court's Interested Persons Order.   Doc. No. 4.   Accordingly, on February 11, 2021, the Court entered an Order directing compliance.   Doc. No. 15.   The Court warned Plaintiff that failure to timely respond would result in the dismissal of this case without further notice.   *Id.*   Plaintiff failed to timely comply, and therefore, the Court dismissed the case without prejudice.   Doc. No. 18.

      On March 23, 2021, Plaintiff filed a Notice on the docket.   Doc. No. 19.   The Court ordered the Notice stricken as procedurally improper because the case was closed.   Doc. No. 20.   In that Order, the Court stated that "Plaintiff, or a lawyer acting on his behalf, may file a motion to reopen the case—assuming good cause exists to do so."   *Id.* at 2.

      The instant matter comes before the Court on a Motion to Reopen Case, filed on behalf of Plaintiff by Attorney Stacy Eckert.   Doc. No. 21.   On review, however, the motion fails to comply with several Local Rules of this Court, including Local Rules 1.08(a), 3.01(a), and 3.01(g). Accordingly, the Motion to Reopen Case (Doc. No. 21) is hereby **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties